Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio





## MEMORANDUM OPINION

No. 04-12-00107-CR

Andrew **GONZALEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2007CR4638
Honorable Philip A. Kazen, Jr., Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
            Sandee Bryan Marion, Justice
            Phylis J. Speedlin, Justice

Delivered and Filed:  June 27, 2012

DISMISSED

Appellant has filed a motion to dismiss this appeal pursuant to Texas Rule of Appellate

Procedure 42.2(a). We grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH